# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI KING, | CASE NO. 1:10-cv-02413-AWI-SKO |
| Plaintiff, | **ORDER FOR STATUS REPORT** |
| v. | |
| NATIONAL CREDIT WORKS, INC., et al., | |
| Defendants. | |

On December 29, 2010, Plaintiff filed a complaint against Defendant National Credit Works, Inc. On March 28, 2011, Plaintiff filed a First Amended Complaint ("FAC") against Defendant National Credit Works, Inc., and added Defendant Gregory G. Emminger (collectively, "Defendants"). (Doc. 8.) The docket reflects that Defendants were served with summonses and the FAC, but neither responded to the FAC. (Docs. 12, 13.)

On July 14, 2011, Plaintiff filed a motion for default judgment, which was denied due to deficiencies in the FAC. (Docs. 20, 22.) Plaintiff submitted a Second Amended Complaint, which was deemed filed on October 5, 2011. (Docs. 21, 22.) As approximately 120 days have passed since the Second Amended Complaint was filed and no further action has been taken, Plaintiff shall inform the Court how she intends to proceed. If Plaintiff plans to seek an entry of default and default judgment against Defendants, Plaintiff should do so as soon as possible.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff file a status report **on or before**
2  **February 15, 2012**, informing the Court of the status of the case.
3
4  IT IS SO ORDERED.
5  **Dated:   February 7, 2012**                    /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE